**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

JOSE ROBERTO REYES LOPEZ,
Petitioner,
v.
MARKWAYNE MULLIN, *et al.*,
Respondents.

Case No. 26-cv-06143-BAS-DEB

**ORDER DENYING PETITION AS MOOT (ECF No. 1)**

Petitioner Jose Roberto Reyes Lopez filed a Habeas Petition under 28 U.S.C. § 2241, requesting a bond hearing pursuant to 8 U.S.C. §1226. (ECF No. 1.) The Government responded informing the Court that a bond hearing was scheduled for November 9, 2026. (ECF No. 4.) Petitioner has not filed a Traverse. Therefore, the Court assumes the request is now moot and Petitioner has had the requested bond hearing.

Accordingly, because the Petition is moot, the Court **DENIES** the Petition without prejudice. (ECF No. 1.) The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: November 17, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**